UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>LANDEROS SPORTS BAR AND GRILL, INC., dba FREEPORT BAR AND GRILL,<br><br>    Defendant. | No. 2:19-cv-00210-MCE-DB<br><br>**ORDER** |

Presently before the Court is Defendant's Motion to Dismiss (ECF No. 4) filed March 26, 2019. Plaintiff has since filed an amended complaint. Accordingly, that Motion is DENIED without prejudice as moot.

    IT IS SO ORDERED.

Dated: April 30, 2019

/s/ Morrison C. England, Jr.
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1